Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  20−23269−VFP
                Chapter:  13
                Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Roric T. Krisanda                                      Jennifer S. Krisanda
   12 Deer Path                                            fka Jennifer S. Templeman
   Long Valley, NJ 07853                     12 Deer Path
                                                       Long Valley, NJ 07853

Social Security No.:
   xxx−xx−0329                                          xxx−xx−9062

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:      3/18/21
Time:     02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Ralph A Ferro Jr, Debtor's Attorney,
period: 11/13/2020 to 2/12/2021,

COMMISSION OR FEES
$9772.50,

EXPENSES
$86.70.

If this is a chapter 13 case, the fees and expenses awarded:

      ☑      will not reduce the amount to be paid to general unsecured
              creditors under the plan.

      ☐      will reduce the amount to be paid to general unsecured
              creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 16, 2021
JAN:

    Jeanne Naughton
    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Roric T. Krisanda  
Jennifer S. Krisanda  
    Debtors

Case No. 20-23269-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Feb 16, 2021      Form ID: 137      Total Noticed: 52

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Roric T. Krisanda, Jennifer S. Krisanda, 12 Deer Path, Long Valley, NJ 07853-3232 |
| 519039183 | + | American Express Bank, FSB, 4315 South 2700 West, Salt Lake City, UT 84184-0002 |
| 519056852 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519039184 | + | Atlantic Health System, Morristown Med Ctr, Box 35610, Newark, NJ 07193-5610 |
| 519039185 | + | Bank of America, NA, 100 North Tryon Street, Charlotte, NC 28202-4000 |
| 519039186 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, 21210 Erwin Street, Woodland Hills, CA 91367 |
| 519079714 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519039188 | + | Citicards CBNA, 701 E. 60th Street N, Sioux Falls, SD 57104-0432 |
| 519039190 | + | Discover Bank, 502 East Market Street, Greenwood, DE 19950-9700 |
| 519039191 | | Douglas Templeman, 931 Wall Street, Newton, NJ 07860 |
| 519039192 | + | Home Depot, Box 6497, Sioux Falls, SD 57117-6497 |
| 519052910 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519039197 | + | Patelco CU, Box 2227, Merced, CA 95344-0227 |
| 519039199 | + | Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519062729 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519039202 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of NJ Div of Taxation, Box 245, Trenton, NJ 08695 |
| 519058937 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 519039209 | + | USAA Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 519052015 | + | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 519039212 | + | WAWA CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 519039213 | | Wendy Carr, 100 Swartswood road, Apt. 75, Building 5, Newton, NJ 07860-1143 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 16 2021 22:09:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 16 2021 22:09:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 16 2021 23:05:38 | Synchrony Bank c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519039181 | + | Email/Text: mreed@affcollections.com | Feb 16 2021 22:09:00 | Accurate Collection Services, 17 Prospect Street, Morristown, NJ 07960-6862 |

Case 20-23269-VFP    Doc 18    Filed 02/18/21    Entered 02/19/21 00:25:34    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 16, 2021 | Form ID: 137 | Total Noticed: 52 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519039182 | + | Email/Text: backoffice@affirm.com | Feb 16 2021 22:10:00 | Affirm, Inc., 650 California Street, 12th Floor, San Francisco, CA 94108-2716 |
| 519039187 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 16 2021 23:11:13 | Capital One Bank, 10700 Capital One Way, Richmond, VA 23060-9243 |
| 519050602 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 16 2021 23:13:02 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519079714 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2021 23:09:13 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519039188 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2021 23:12:37 | Citicards CBNA, 701 E. 60th Street N, Sioux Falls, SD 57104-0432 |
| 519039189 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 16 2021 22:08:00 | Comenity Bank, One Righter Pkwy, Suite 100, Wilmington, DE 19803-1533 |
| 519050652 | | Email/Text: mrdiscen@discover.com | Feb 16 2021 22:06:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 519039192 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2021 23:06:16 | Home Depot, Box 6497, Sioux Falls, SD 57117-6497 |
| 519039193 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 16 2021 22:07:00 | Internal Revenue Service, Box 7346, Philadelphia, PA 19101-7346 |
| 519050042 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 16 2021 22:09:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 519039194 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 17 2021 03:11:48 | JPMCB Card Services, Box 15369, Wilmington, DE 19850 |
| 519039195 | | Email/Text: e-bankruptcy@nasafcu.com | Feb 16 2021 22:06:00 | NASA FCU, 500 Prince Georges Blvd, Upper Marlboro, MD 20774 |
| 519041664 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 16 2021 22:10:56 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 519039196 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 16 2021 22:10:56 | Navy Federal Credit Union, Box 3700, Merrifield, VA 22119-3700 |
| 519039198 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 16 2021 23:05:38 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 519109057 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 16 2021 23:05:38 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519109056 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 16 2021 23:11:52 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 519073154 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 16 2021 23:05:38 | Portfolio Recovery Associates, LLC, c/o MARVEL, POB 41067, Norfolk, VA 23541 |
| 519107794 | | Email/Text: bnc-quantum@quantum3group.com | Feb 16 2021 22:08:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519039201 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 16 2021 22:09:00 | Quicken Loans, 1050 Woodward Drive, Detroit, MI 48226-3573 |
| 519039203 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 16 2021 23:10:39 | Sync/Lowes, Box 965005, Orlando, FL 32896-5005 |
| 519039204 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 16 2021 23:04:32 | Syncb/AMazon PLCC, Box 965015, Orlando, FL 32896-5015 |
| 519039206 | | Email/PDF: gecsedi@recoverycorp.com | Feb 16 2021 23:04:32 | Synchrony Bank, Box 965004, Orlando, FL 32896-5004 |
| 519108412 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 16 2021 23:07:43 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519039797 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 16 2021 23:10:40 | Synchrony Bank, c/o of PRA Receivables |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519039207 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 16 2021 22:08:00 | Trek, Box 659465, San Antonio, TX 78265-9465 |
| 519039211 | | Email/Text: vci.bkcy@vwcredit.com | Feb 16 2021 22:09:00 | VW Credit, PO Box 3, Hillsboro, OR 97123 |
| 519103915 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 16 2021 23:06:23 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519039210 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 16 2021 22:05:00 | Verizon Wireless, Box 26055, Minneapolis, MN 55426-0055 |
| 519039205 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 16 2021 23:04:32 | syncb/PPC, Box 530975, Orlando, FL 32896-0001 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519065601 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519055637 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519067019 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 519039208 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, US Bank, Box 108, Saint Louis, MO 63166 |
| 519039200 | ##+ | Progressive Financial Services, Inc., 1510 Chester Pike, Crum Lynne, PA 19022-1388 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 18, 2021                    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Ralph A Ferro, Jr | on behalf of Joint Debtor Jennifer S. Krisanda ralphferrojr@msn.com |
| Ralph A Ferro, Jr | on behalf of Debtor Roric T. Krisanda ralphferrojr@msn.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2 User: admin Page 4 of 4
Date Rcvd: Feb 16, 2021 Form ID: 137 Total Noticed: 52
TOTAL: 5