Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  20−23269−VFP
                        Chapter:  13
                        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Roric T. Krisanda | Jennifer S. Krisanda |
| 12 Deer Path | fka Jennifer S. Templeman |
| Long Valley, NJ 07853 | 12 Deer Path |
| | Long Valley, NJ 07853 |

Social Security No.:
  xxx−xx−0329                                     xxx−xx−9062
Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 19, 2021.

Dated: February 19, 2021
JAN: mcp

                                                                                                   Jeanne Naughton
                                                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Roric T. Krisanda  
Jennifer S. Krisanda  
    Debtors

Case No. 20-23269-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 19, 2021 | Form ID: plncf13 | Total Noticed: 52 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Roric T. Krisanda, Jennifer S. Krisanda, 12 Deer Path, Long Valley, NJ 07853-3232 |
| 519039183 | + | American Express Bank, FSB, 4315 South 2700 West, Salt Lake City, UT 84184-0002 |
| 519056852 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519039184 | + | Atlantic Health System, Morristown Med Ctr, Box 35610, Newark, NJ 07193-5610 |
| 519039185 | + | Bank of America, NA, 100 North Tryon Street, Charlotte, NC 28202-4000 |
| 519039186 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, 21210 Erwin Street, Woodland Hills, CA 91367 |
| 519079714 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519039188 | + | Citicards CBNA, 701 E. 60th Street N, Sioux Falls, SD 57104-0432 |
| 519039190 | + | Discover Bank, 502 East Market Street, Greenwood, DE 19950-9700 |
| 519039191 | | Douglas Templeman, 931 Wall Street, Newton, NJ 07860 |
| 519039192 | + | Home Depot, Box 6497, Sioux Falls, SD 57117-6497 |
| 519052910 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519039197 | + | Patelco CU, Box 2227, Merced, CA 95344-0227 |
| 519039199 | + | Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519062729 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519039202 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of NJ Div of Taxation, Box 245, Trenton, NJ 08695 |
| 519058937 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 519039209 | + | USAA Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 519052015 | + | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 519039212 | + | WAWA CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 519039213 | | Wendy Carr, 100 Swartswood road, Apt. 75, Building 5, Newton, NJ 07860-1143 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 19 2021 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 19 2021 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 19 2021 23:16:13 | Synchrony Bank c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519039181 | + | Email/Text: mreed@affcollections.com | Feb 19 2021 20:57:00 | Accurate Collection Services, 17 Prospect Street, Morristown, NJ 07960-6862 |

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 19, 2021 | Form ID: plncf13 | Total Noticed: 52 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 519039182 | + | Email/Text: backoffice@affirm.com | Feb 19 2021 20:59:00 | Affirm, Inc., 650 California Street, 12th Floor, San Francisco, CA 94108-2716 |
| 519039187 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 19 2021 23:08:17 | Capital One Bank, 10700 Capital One Way, Richmond, VA 23060-9243 |
| 519050602 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 19 2021 23:01:12 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519079714 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 19 2021 23:17:07 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519039188 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 19 2021 23:01:19 | Citicards CBNA, 701 E. 60th Street N, Sioux Falls, SD 57104-0432 |
| 519039189 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 19 2021 20:57:00 | Comenity Bank, One Righter Pkwy, Suite 100, Wilmington, DE 19803-1533 |
| 519050652 | | Email/Text: mrdiscen@discover.com | Feb 19 2021 20:55:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 519039192 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 19 2021 23:09:35 | Home Depot, Box 6497, Sioux Falls, SD 57117-6497 |
| 519039193 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 19 2021 20:56:00 | Internal Revenue Service, Box 7346, Philadelphia, PA 19101-7346 |
| 519050042 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 19 2021 20:58:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 519039194 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 19 2021 23:08:11 | JPMCB Card Services, Box 15369, Wilmington, DE 19850 |
| 519039195 | | Email/Text: e-bankruptcy@nasafcu.com | Feb 19 2021 20:55:00 | NASA FCU, 500 Prince Georges Blvd, Upper Marlboro, MD 20774 |
| 519041664 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 19 2021 20:59:36 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 519039196 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 19 2021 20:59:44 | Navy Federal Credit Union, Box 3700, Merrifield, VA 22119-3700 |
| 519039198 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 19 2021 23:16:13 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 519109057 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 19 2021 23:00:38 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519109056 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 19 2021 23:00:38 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 519073154 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 19 2021 23:16:13 | Portfolio Recovery Associates, LLC, c/o MARVEL, POB 41067, Norfolk, VA 23541 |
| 519107794 | | Email/Text: bnc-quantum@quantum3group.com | Feb 19 2021 20:57:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519039201 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 19 2021 20:58:00 | Quicken Loans, 1050 Woodward Drive, Detroit, MI 48226-3573 |
| 519039203 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 19 2021 22:59:47 | Sync/Lowes, Box 965005, Orlando, FL 32896-5005 |
| 519039204 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 19 2021 22:59:47 | Syncb/AMazon PLCC, Box 965015, Orlando, FL 32896-5015 |
| 519039206 | | Email/PDF: gecsedi@recoverycorp.com | Feb 19 2021 23:08:01 | Synchrony Bank, Box 965004, Orlando, FL 32896-5004 |
| 519108412 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 19 2021 23:15:32 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519039797 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 19 2021 22:59:48 | Synchrony Bank, c/o of PRA Receivables |

Case 20-23269-VFP    Doc 22    Filed 02/21/21    Entered 02/22/21 00:20:25    Desc Imaged
                              Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 19, 2021 | Form ID: plncf13 | Total Noticed: 52 |

| | | | | |
|---|---|---|---|---|
| | | | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519039207 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Feb 19 2021 20:57:00 | Trek, Box 659465, San Antonio, TX 78265-9465 |
| 519039211 | | Email/Text: vci.bkcy@vwcredit.com | | |
| | | | Feb 19 2021 20:57:00 | VW Credit, PO Box 3, Hillsboro, OR 97123 |
| 519103915 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | | Feb 19 2021 23:16:52 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519039210 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Feb 19 2021 20:55:00 | Verizon Wireless, Box 26055, Minneapolis, MN 55426-0055 |
| 519039205 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Feb 19 2021 22:59:47 | syncb/PPC, Box 530975, Orlando, FL 32896-0001 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519065601 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519055637 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519067019 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 519039208 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, US Bank, Box 108, Saint Louis, MO 63166 |
| 519039200 | ##+ | Progressive Financial Services, Inc., 1510 Chester Pike, Crum Lynne, PA 19022-1388 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 21, 2021         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Ralph A Ferro, Jr | on behalf of Joint Debtor Jennifer S. Krisanda ralphferrojr@msn.com |
| Ralph A Ferro, Jr | on behalf of Debtor Roric T. Krisanda ralphferrojr@msn.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Feb 19, 2021 | Form ID: plncf13 | Total Noticed: 52
TOTAL: 5