## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
### NEWARK VICINAGE

Order Filed on March 22, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtors
Roric T. Krisanda
Jennifer S. Krisanda

_____

| | |
|---|---|
| In Re: | ) Case No.:  20-23269 (VFP) |
| | ) |
| Roric T. Krisanda | ) |
| Jennifer S. Krisanda | ) |
| | ) Chapter:  13 |
| | ) Judge:  Vincent F. Papalia |
| | ) |
| | ) Hearing Date:  3/18/21@2:00 pm |
| Debtors | ) |

### REVISED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: March 22, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

1

Case No.:  20-23269 (VFP)

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$9,772.50** for services rendered and expenses in the amount of **$86.70** for a total of **$9,859.20.** The allowance shall be payable:

  **X**    through the Chapter 13 Plan as an administrative priority.

- $9,859.20 less $2,497.00 retainer:  $7,362.20

  **X**    Plan Payments will increase:

- Current Plan payments are:  $2,700.00
- Beginning March 1, 2021, Plan payments will increase to $2,827.00