# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
NEWARK VICINAGE

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtors
Roric T. Krisanda
Jennifer S. Krisanda

Order Filed on July 8, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

_____

| | |
|---|---|
| In Re: ) | Case No.:  20-23269 (VFP) |
| ) | |
| Roric T. Krisanda ) | |
| Jennifer S. Krisanda ) | |
| ) | Chapter:  13 |
| ) | Judge:  Vincent F. Papalia |
| ) | |
| ) | |
| _____Debtors_____) | |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

DATED: July 8, 2021

_____
 **Honorable Vincent F. Papalia**
 **United States Bankruptcy Judge**

1

Case No.:  20-23269 (VFP)

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$980.00** for services rendered and expenses in the amount of **$12.00** for a total of **$992.00.** The allowance shall be payable:

**X**   through the Chapter 13 Plan as an administrative priority.

**X**   Plan Payments will increase:
- Current Plan payments are:  $2,827.00
- Beginning August 1, 2021, Plan payments will increase to $2,846.00

2