| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee<br><br>IN RE:<br><br>RORIC T. KRISANDA<br>JENNIFER S. KRISANDA | Case No.:  20-23269<br><br>Adv. No.:<br><br>Hearing Date:  03/07/2024<br><br>Judge:  VFP |

### CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 02/07/2024, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

---
Debtors:
RORIC T. KRISANDA
JENNIFER S. KRISANDA
12 DEER PATH
LONG VALLEY, NJ  07853
Mode of Service:  Regular Mail

---
Attorney for Debtor(s):
RALPH A. FERRO, JR., ESQ.
66 EAST MAIN STREET - 3RD FLOOR
LITTLE FALLS, NJ  07424
Mode of Service:  ECF and/or Regular Mail

---

Dated:  February 07, 2024

By:  /S/  Keith Guarneri
      Keith Guarneri