Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 20−23269−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Roric T. Krisanda
12 Deer Path
Long Valley, NJ 07853

Jennifer S. Krisanda
fka Jennifer S. Templeman
12 Deer Path
Long Valley, NJ 07853

Social Security No.:
xxx−xx−0329
xxx−xx−9062

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date: 4/4/24
Time: 02:00 PM
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Ralph A Ferro Jr, Debtor's Attorney,
period: 2/22/2022 to 2/29/2024

COMMISSION OR FEES
$1835.00

EXPENSES
$20.56

---

If this is a chapter 13 case, the fees and expenses awarded:

☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 1, 2024
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:
Roric T. Krisanda
Jennifer S. Krisanda
Debtors

Case No. 20-23269-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 4
Date Rcvd: Mar 01, 2024 Form ID: 137 Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Roric T. Krisanda, Jennifer S. Krisanda, 12 Deer Path, Long Valley, NJ 07853-3232 |
| 519039184 | + | Atlantic Health System, Morristown Med Ctr, Box 35610, Newark, NJ 07193-5610 |
| 519039186 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, 21210 Erwin Street, Woodland Hills, CA 91367 |
| 519039191 | | Douglas Templeman, 931 Wall Street, Newton, NJ 07860 |
| 519039200 | + | Progressive Financial Services, Inc., 1510 Chester Pike, Crum Lynne, PA 19022-1388 |
| 519039797 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519039213 | | Wendy Carr, 100 Swartswood road, Apt. 75, Building 5, Newton, NJ 07860-1143 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 01 2024 21:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 01 2024 21:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 01 2024 21:48:50 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519039181 | + | Email/Text: mreed@affcollections.com | Mar 01 2024 21:40:00 | Accurate Collection Services, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 519039182 | + | Email/Text: backoffice@affirm.com | Mar 01 2024 21:41:00 | Affirm, Inc., 650 California Street, 12th Floor, San Francisco, CA 94108-2716 |
| 519039183 | + | Email/PDF: bncnotices@becket-lee.com | Mar 01 2024 21:48:37 | American Express Bank, FSB, 4315 South 2700 West, Salt Lake City, UT 84184-0001 |
| 519056852 | | Email/PDF: bncnotices@becket-lee.com | Mar 01 2024 21:48:29 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519039185 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 01 2024 21:39:00 | Bank of America, NA, 100 North Tryon Street, Charlotte, NC 28202-2135 |
| 519039187 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 01 2024 21:48:34 | Capital One Bank, 10700 Capital One Way, Richmond, VA 23060-9243 |
| 519050602 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 01 2024 22:05:41 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519079714 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2024 21:48:50 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519039188 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2024 21:48:58 | Citicards CBNA, 701 E. 60th Street N, Sioux Falls, SD 57104-0432 |

| | | | | |
|---|---|---|---|---|
| 519039189 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 01 2024 21:40:00 | Comenity Bank, One Righter Pkwy, Suite 100, Wilmington, DE 19803-1533 |
| 519039190 | + | Email/Text: mrdiscen@discover.com | Mar 01 2024 21:37:00 | Discover Bank, 502 East Market Street, Greenwood, DE 19950-9700 |
| 519050652 | | Email/Text: mrdiscen@discover.com | Mar 01 2024 21:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 519039192 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2024 21:48:42 | Home Depot, Box 6497, Sioux Falls, SD 57117-6497 |
| 519039193 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 01 2024 21:39:00 | Internal Revenue Service, Box 7346, Philadelphia, PA 19101-7346 |
| 519050042 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 01 2024 21:41:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 519039194 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 01 2024 21:48:24 | JPMCB Card Services, Box 15369, Wilmington, DE 19850 |
| 519052910 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 01 2024 21:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519039195 | | Email/Text: e-bankruptcy@nasafcu.com | Mar 01 2024 21:37:00 | NASA FCU, 500 Prince Georges Blvd, Upper Marlboro, MD 20774 |
| 519041664 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 01 2024 21:41:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 519039196 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 01 2024 21:41:00 | Navy Federal Credit Union, Box 3700, Merrifield, VA 22119-3700 |
| 519039198 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 01 2024 21:48:36 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 519571957 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 01 2024 21:48:44 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519109057 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 01 2024 21:48:57 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519109056 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 01 2024 21:48:44 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 519073154 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 01 2024 22:05:44 | Portfolio Recovery Associates, LLC, c/o MARVEL, POB 41067, Norfolk, VA 23541 |
| 519039199 | | Email/Text: signed.order@pfwattorneys.com | Mar 01 2024 21:38:00 | Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054 |
| 519039197 | + | Email/Text: bknotices@patelco.org | Mar 01 2024 21:39:00 | Patelco CU, Box 2227, Merced, CA 95344-0227 |
| 519107794 | | Email/Text: bnc-quantum@quantum3group.com | Mar 01 2024 21:40:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519039201 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 01 2024 21:41:00 | Quicken Loans, 1050 Woodward Drive, Detroit, MI 48226-3573 |
| 519062729 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 01 2024 21:41:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519039202 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 01 2024 21:38:00 | State of NJ Div of Taxation, Box 245, Trenton, NJ 08695 |
| 519067019 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 01 2024 21:38:00 | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 519039203 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 01 2024 21:48:31 | Sync/Lowes, Box 965005, Orlando, FL 32896-5005 |
| 519039204 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 01 2024 21:48:55 | Syncb/AMazon PLCC, Box 965015, Orlando, FL |

| | | | | |
|---|---|---|---|---|
| | | | | 32896-5015 |
| 519039206 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 01 2024 21:48:22 | Synchrony Bank, Box 965004, Orlando, FL 32896-5004 |
| 519108412 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 01 2024 21:48:43 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519039207 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 01 2024 21:40:00 | Trek, Box 659465, San Antonio, TX 78265-9465 |
| 519058937 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 01 2024 21:40:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 519039208 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 01 2024 21:40:00 | US Bank, Box 108, Saint Louis, MO 63166 |
| 519039209 | + | Email/Text: bkelectronicnotices@usaa.com | Mar 01 2024 21:37:00 | USAA Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 519039211 | | Email/Text: vci.bkcy@vwcredit.com | Mar 01 2024 21:40:00 | VW Credit, PO Box 3, Hillsboro, OR 97123 |
| 519052015 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Mar 01 2024 21:38:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 519103915 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 01 2024 21:48:28 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519039210 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 01 2024 21:37:00 | Verizon Wireless, Box 26055, Minneapolis, MN 55426-0055 |
| 519039212 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2024 21:48:23 | WAWA CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 519039205 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 01 2024 21:48:58 | syncb/PPC, Box 530975, Orlando, FL 32896-0001 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519065601 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519055637 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519571958 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2024 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 29, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Ralph A Ferro, Jr | on behalf of Joint Debtor Jennifer S. Krisanda ralphferrojr@msn.com |
| Ralph A Ferro, Jr | on behalf of Debtor Roric T. Krisanda ralphferrojr@msn.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6