UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

Order Filed on April 4, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtors
Roric T. Krisanda
Jennifer S. Krisanda

_____

| In Re: | ) | Case No.:  20-23269 (VFP) |
|---|---|---|
| Roric T. Krisanda | ) | |
| Jennifer S. Krisanda | ) | |
| | ) | Chapter:  13 |
| | ) | Judge:  Vincent F. Papalia |
| | ) | Hearing Date:  4/4/24 @ 2:00 p.m. |
| Debtors | ) | |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: April 4, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

1

Case No.:  20-23269 (VFP)

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$1,835.00** for services rendered and expenses in the amount of **$20.56** for a total of **$1,855.56.**  The allowance shall be payable:

  **X**    through the Chapter 13 Plan as an administrative priority.

  **X**    Plan Payments will increase:

- Current Plan payments are:  $2,846.00
- Beginning March 1, 2024, Plan payments will increase to $2,930.00

2