# UNITED STATES BANKRUPTCY C

## DISTRICT OF NEW JERSEY

### NEWARK VICINAGE

**Order Filed on April 4, 2024**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtors
Roric T. Krisanda
Jennifer S. Krisanda

_____

| | | |
|---|---|---|
| In Re: | ) | Case No.:  20-23269 (VFP) |
| | ) | |
| Roric T. Krisanda | ) | |
| Jennifer S. Krisanda | ) | |
| | ) | Chapter:  13 |
| | ) | Judge:  Vincent F. Papalia |
| | ) | |
| | ) | Hearing Date:  4/4/24 @ 2:00 p.m. |
| Debtors | ) | |

_____

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: April 4, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

1

Case No.: 20-23269 (VFP)

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$1,835.00** for services rendered and expenses in the amount of **$20.56** for a total of **$1,855.56.** The allowance shall be payable:

  **X**      through the Chapter 13 Plan as an administrative priority.

  **X**      Plan Payments will increase:

- Current Plan payments are: $2,846.00
- Beginning March 1, 2024, Plan payments will increase to $2,930.00

United States Bankruptcy Court

District of New Jersey

In re:                                                                      Case No. 20-23269-VFP

Roric T. Krisanda                                                           Chapter 13

Jennifer S. Krisanda

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                     User: admin                          Page 1 of 2

Date Rcvd: Apr 05, 2024                  Form ID: pdf903                      Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Roric T. Krisanda, Jennifer S. Krisanda, 12 Deer Path, Long Valley, NJ 07853-3232 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Ralph A Ferro, Jr | on behalf of Joint Debtor Jennifer S. Krisanda ralphferrojr@msn.com |
| Ralph A Ferro, Jr | on behalf of Debtor Roric T. Krisanda ralphferrojr@msn.com |
| U.S. Trustee | |

District/off: 0312-2                          User: admin                                Page 2 of 2
Date Rcvd: Apr 05, 2024                       Form ID: pdf903                            Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6