| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Roric T. Krisanda <br> First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–0329 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Jennifer S. Krisanda <br> First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–9062 <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:   20–23269–VFP | | |

## Order of Discharge                                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Roric T. Krisanda                                    Jennifer S. Krisanda
                                                    fka Jennifer S. Templeman

3/20/25                                              **By the court:** Vincent F. Papalia
                                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Certificate of Notice    Page 2 of 6

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Roric T. Krisanda  
Jennifer S. Krisanda  
    Debtors

Case No. 20-23269-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Mar 20, 2025 | Form ID: 3180W | Total Noticed: 58 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Roric T. Krisanda, Jennifer S. Krisanda, 12 Deer Path, Long Valley, NJ 07853-3232 |
| 519039186 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, 21210 Erwin Street, Woodland Hills, CA 91367 |
| 519039191 | | Douglas Templeman, 931 Wall Street, Newton, NJ 07860 |
| 519039200 | + | Progressive Financial Services, Inc., 1510 Chester Pike, Crum Lynne, PA 19022-1388 |
| 519039201 | + | Quicken Loans, 1050 Woodward Drive, Detroit, MI 48226-3573 |
| 519062729 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519039213 | | Wendy Carr, 100 Swartswood road, Apt. 75, Building 5, Newton, NJ 07860-1143 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 20 2025 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 20 2025 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PRA.COM | Mar 21 2025 00:29:00 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519039181 | + | Email/Text: mreed@affcollections.com | Mar 20 2025 20:45:00 | Accurate Collection Services, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 519039182 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 20 2025 21:03:36 | Affirm, Inc., 650 California Street, 12th Floor, San Francisco, CA 94108-2716 |
| 519039183 | + | Email/PDF: bncnotices@becket-lee.com | Mar 20 2025 21:04:35 | American Express Bank, FSB, 4315 South 2700 West, Salt Lake City, UT 84184-0001 |
| 519056852 | | Email/PDF: bncnotices@becket-lee.com | Mar 20 2025 21:03:52 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519039184 | + | Email/Text: customer.service@atlantichealth.org | Mar 20 2025 20:44:00 | Atlantic Health System, Morristown Med Ctr, Box 35610, Newark, NJ 07193-5610 |
| 519039185 | + | EDI: BANKAMER2 | Mar 21 2025 00:29:00 | Bank of America, NA, 100 North Tryon Street, Charlotte, NC 28202-2135 |
| 519039187 | + | EDI: CAPITALONE.COM | Mar 21 2025 00:29:00 | Capital One Bank, 10700 Capital One Way, Richmond, VA 23060-9243 |
| 519050602 | + | EDI: AIS.COM | Mar 21 2025 00:29:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519079714 | | EDI: CITICORP | | |

Case 20-23269-VFP    Doc 53    Filed 03/22/25    Entered 03/23/25 00:16:58    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 20, 2025 | Form ID: 3180W | Total Noticed: 58 |

| Recipient ID | | Delivery Method | Date/Time | Recipient Address |
|---|---|---|---|---|
| 519039188 | + | EDI: CITICORP | Mar 21 2025 00:29:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519039189 | + | EDI: WFNNB.COM | Mar 21 2025 00:29:00 | Citicards CBNA, 701 E. 60th Street N, Sioux Falls, SD 57104-0432 |
| 519039190 | + | EDI: DISCOVER | Mar 21 2025 00:29:00 | Comenity Bank, One Righter Pkwy, Suite 100, Wilmington, DE 19803-1533 |
| 519050652 | | EDI: DISCOVER | Mar 21 2025 00:29:00 | Discover Bank, 502 East Market Street, Greenwood, DE 19950-9700 |
| 519039192 | + | EDI: CITICORP | Mar 21 2025 00:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 519039193 | | EDI: IRS.COM | Mar 21 2025 00:29:00 | Home Depot, Box 6497, Sioux Falls, SD 57117-6497 |
| 520437943 | | EDI: JEFFERSONCAP.COM | Mar 21 2025 00:29:00 | Internal Revenue Service, Box 7346, Philadelphia, PA 19101-7346 |
| 520437944 | | EDI: JEFFERSONCAP.COM | Mar 21 2025 00:29:00 | Jefferson Capital Systems LLC, PO BOX 7999, St. Cloud, MN 56302-9617 |
| 519050042 | | EDI: JEFFERSONCAP.COM | Mar 21 2025 00:29:00 | Jefferson Capital Systems LLC, PO BOX 7999, St. Cloud, MN 56302-9617, Jefferson Capital Systems LLC, PO BOX 7999, St. Cloud, MN 56302-9617 |
| 519039194 | + | EDI: JPMORGANCHASE | Mar 21 2025 00:29:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 519052910 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 21 2025 00:29:00 | JPMCB Card Services, Box 15369, Wilmington, DE 19850-5369 |
| 519039195 | | Email/Text: e-bankruptcy@nasafcu.com | Mar 20 2025 20:44:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519041664 | + | EDI: NFCU.COM | Mar 20 2025 20:43:00 | NASA FCU, 500 Prince Georges Blvd, Upper Marlboro, MD 20774 |
| 519039196 | + | EDI: NFCU.COM | Mar 21 2025 00:29:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 519039198 | | EDI: PRA.COM | Mar 21 2025 00:29:00 | Navy Federal Credit Union, Box 3700, Merrifield, VA 22119-3700 |
| 519571957 | | EDI: PRA.COM | Mar 21 2025 00:29:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 519109057 | | EDI: PRA.COM | Mar 21 2025 00:29:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519109056 | | EDI: PRA.COM | Mar 21 2025 00:29:00 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519073154 | | EDI: PRA.COM | Mar 21 2025 00:29:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 519039199 | | Email/Text: signed.order@pfwattorneys.com | Mar 21 2025 00:29:00 | Portfolio Recovery Associates, LLC, c/o MARVEL, POB 41067, Norfolk, VA 23541 |
| 519039197 | + | Email/Text: bknotices@patelco.org | Mar 20 2025 20:43:00 | Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054 |
| 519107794 | | EDI: Q3G.COM | Mar 20 2025 20:44:00 | Patelco CU, Box 2227, Merced, CA 95344-0227 |
| 519039202 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 21 2025 00:29:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519067019 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 20 2025 20:43:00 | State of NJ Div of Taxation, Box 245, Trenton, NJ 08695 |
| | | | Mar 20 2025 20:43:00 | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ |

Case 20-23269-VFP   Doc 53   Filed 03/22/25   Entered 03/23/25 00:16:58   Desc Imaged
                             Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 20, 2025 | Form ID: 3180W | Total Noticed: 58 |

| | | | | |
|---|---|---|---|---|
| | | | | 08695-0245 |
| 519039203 | + | EDI: SYNC | Mar 21 2025 00:29:00 | Sync/Lowes, Box 965005, Orlando, FL 32896-5005 |
| 519039204 | + | EDI: SYNC | Mar 21 2025 00:29:00 | Syncb/AMazon PLCC, Box 965015, Orlando, FL 32896-5015 |
| 519039206 | | EDI: SYNC | Mar 21 2025 00:29:00 | Synchrony Bank, Box 965004, Orlando, FL 32896-5004 |
| 519108412 | ^ | MEBN | Mar 20 2025 20:43:29 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519039797 | ^ | MEBN | Mar 20 2025 20:43:29 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519039207 | | EDI: WFNNB.COM | Mar 21 2025 00:29:00 | Trek, Box 659465, San Antonio, TX 78265-9465 |
| 519058937 | | EDI: USBANKARS.COM | Mar 21 2025 00:29:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 519039208 | | EDI: USBANKARS.COM | Mar 21 2025 00:29:00 | US Bank, Box 108, Saint Louis, MO 63166 |
| 519039209 | + | EDI: USAA.COM | Mar 21 2025 00:29:00 | USAA Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 519039211 | | EDI: G2RSVOLKSWGN | Mar 21 2025 00:29:00 | VW Credit, PO Box 3, Hillsboro, OR 97123 |
| 519052015 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Mar 20 2025 20:44:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 519103915 | + | EDI: AIS.COM | Mar 21 2025 00:29:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519039210 | + | EDI: VERIZONCOMB.COM | Mar 21 2025 00:29:00 | Verizon Wireless, Box 26055, Minneapolis, MN 55426-0055 |
| 519039212 | + | EDI: CITICORP | Mar 21 2025 00:29:00 | WAWA CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 519039205 | + | EDI: SYNC | Mar 21 2025 00:29:00 | syncb/PPC, Box 530975, Orlando, FL 32896-0001 |

TOTAL: 51

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519065601 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519055637 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519571958 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2025    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Ralph A Ferro, Jr | on behalf of Joint Debtor Jennifer S. Krisanda ralphferrojr@msn.com bknotices@outlook.com |
| Ralph A Ferro, Jr | on behalf of Debtor Roric T. Krisanda ralphferrojr@msn.com bknotices@outlook.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6