Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−23269−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Roric T. Krisanda
12 Deer Path
Long Valley, NJ 07853

Jennifer S. Krisanda
fka Jennifer S. Templeman
12 Deer Path
Long Valley, NJ 07853

Social Security No.:
  xxx−xx−0329                              xxx−xx−9062

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 25, 2025</u>            <u>Vincent F. Papalia</u>
                                        Judge, United States Bankruptcy Court